A94A2571. OBONG et al. v. EKEREKE et al.
(464 SE2d 660)

BLACKBURN, Judge.

In *Ekereke v. Obong*, 265 Ga. 728 (462 SE2d 372), the Supreme Court reversed the judgment of this Court in *Obong v. Ekereke*, 216 Ga. App. 59 (453 SE2d 84) (1995). Therefore, our judgment in this appeal is vacated, and the judgment of the Supreme Court is made the judgment of this Court. Accordingly, the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, P. J., and Ruffin, J., concur.*

DECIDED NOVEMBER 29, 1995.

*J. L. Jordan*, for appellants.
*Deborah L. Green*, for appellees.